UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Timothy G. VanDreel

Case No. **20-22440**

Chapter 13

Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

 **Timothy G. VanDreel** (*Debtor*) filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

 <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

 If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must::

 File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

 If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

 If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

John A. Foscato 1018196
Law Offices of John A. Foscato, SC
110 Packerland Dr. Ste. D
Green Bay, WI 54303
920-432-8801
attyjaf@new.rr.com

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with amendment. Designate one of the following:

    ☑ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ☐ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

**Part 3.2** - Remove CNAC/Automax and shall now read "None."

## Part 3.3 Secured claims excluded from 11 U.S.C. § 506.

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ *The claims listed below were either:*

(1) *incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or*

(2) *incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.*

*These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee. The claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) or 3004 controls over any contrary amount listed below.*

*If no entry is made in the Interest rate column, the proof of claim controls the rate of interest. If no interest rate is listed in the plan or proof of claim, no interest will be disbursed by the trustee. The trustee will disburse amounts listed under the Monthly plan payment column in equal monthly payments. If no amount is listed in Monthly plan payment column, the trustee will disburse payments pro rata with other creditors of the same class. If the court orders relief from the automatic stay as to any item of collateral listed in this paragraph, the trustee will cease disbursement of all payments under this paragraph as to that collateral, and the plan will be deemed not to provide for all secured claims based on that collateral.*

*The holder of any claim listed below as having value in the Amount of claim column will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:*

(a) *payment of the underlying debt determined under nonbankruptcy law, or*

(b) *discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.*

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| CNAC / Automax Financial | 2012 Chevrolet Sonic 108499 miles | $6,194.16 | 7.50% | $192.68 | $6,936.34 |

**Part 5.1** - Shall now read "The sum of $15,100"

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**CERTIFICATION**

    The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

    **The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted **May 7, 2020**.

---

**Timothy G. VanDreel**
Debtor

Debtor

/s/ **John A. Foscato**
**John A. Foscato 1018196**
Attorney for Debtor
**Law Offices of John A. Foscato, SC**
**110 Packerland Dr. Ste. D**
**Green Bay, WI 54303**
**920-432-8801**
**attyjaf@new.rr.com**

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Timothy G. VanDreel**
Debtor(s)

Case No. **20-22440**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 8, 2020**, a copy of Notice and Request to Amend Unconfirmed Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Timothy VanDreel**
1301 Alice Dr. Apt. B
Green Bay, WI 54304

All creditors on the attached list.

**VIA ECF:**

Office of the United States Trustee

Rebecca Garcia; Chapter 13 Trustee

/s/ Sherri L. Williquette
**Sherri L. Williquette**
Law Offices of John A. Foscato, SC
110 Packerland Dr. Ste. D
Green Bay, WI 54303
920-432-8801 Fax:920-432-8859
attyjaf@new.rr.com

```
Label Matrix for local noticing          (p)2233 PARADISE ROAD LLC DBA CASH FACTORY US    AT&T Corp
0757-2                                    101 CONVENTION CENTER DRIVE STE 700             % AT&T Services, Inc.
Case 20-22440-beh                         LAS VEGAS NV 89109-2007                         Karen Cavagnaro, Esq.
Eastern District of Wisconsin                                                             One AT&T Way, Room 3A104
Milwaukee                                                                                 Bedminster, NJ 07921-2693
Fri May  8 09:38:18 CDT 2020

Achilles Finance, LLC                     Achilles Finance, LLC                           Alliance Capital
Bruck Law Offices, S.C.                   dba Advance Financial                           7760 France Ave. S Ste. 1100
322 E Michigan Street                     100 Oceanside Dr.                               Minneapolis, MN 55435-5930
Milwaukee WI 53202-5087                   Nashville, TN 37204-2351


Antigo Veterinary Clinic                  Aurora Healthcare                               Automax Financial
510 Amron Ave.                            PO Box 809418                                   2371 W. Forest Home Ave.
Antigo, WI 54409-2977                     Chicago, IL 60680-9418                          Milwaukee, WI 53215-2524


Automax Financial LLC d/b/a CNAC          Bruck Law Offices S.C.                          CNAC / Automax Financial
P.O. Box 56                               322 E. Michigan St. 6th Floor                   PO Box 56
Elm Grove, WI 53122-0056                  Milwaukee, WI 53202-5012                        Elm Grove, WI 53122-0056


COTTONWOOD FINANCIAL WISCONSIN, LLC       Capital Bank                                    Certified Recovery
1901 GATEWAY DRIVE SUITE 200              One Church St.                                  PO Box 710
IRVING, TX 75038-2425                     Rockville, MD 20850-4190                        Sharon, MA 02067


Charter Communications                    Check N Go                                      (p)COVANTAGE CREDIT UNION
PO Box 4639                               7755 Montgomery Rd. Ste. 400                    P O BOX 107
Carol Stream, IL 60197-4639               Cincinnati, OH 45236-4197                       ANTIGO WI 54409-0107


Consumer Cellular                         Cottonwood Financial Wisconsin LLC              Direct TV
PO Box 7175                               dba The Cash Store                              PO Box 105503
Pasadena, CA 91109-7175                   1901 Gateway Dr. #200                           Atlanta, GA 30348-5503
                                          Irving, TX 75038-2425


Emergency Physicians                      John A. Foscato                                 Frontier Communications
Baycare Health Systems                    P.O. Box 11062                                  PO Box 740407
PO Box 28900                              Green Bay, WI 54307-1062                        Cincinnati, OH 45274-0407
Green Bay, WI 54324-0900


Rebecca R. Garcia                         Integracredit                                   Internal Revenue Service
Chapter 13 Trustee                        200 W. Jackson Blvd. Ste. 500                   United States Treasury
PO Box 3170                               Chicago, IL 60606-6949                          PO Box 7346
Oshkosh, WI 54903-3170                                                                    Philadelphia, PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC          LVNV Funding LLC                                Lift Credit, LLC
PO BOX 7999                               PO Box 10584                                    3214 N University Ave.
SAINT CLOUD MN 56302-7999                 Greenville, SC 29603-0584                       #601
                                                                                          Provo, UT 84604-4405
```

Midland Funding LLC
c/o Messerli & Kramer PA
3033 Campus Dr. Ste. 250
Minneapolis, MN 55441-2662

Money Key
1000 N. West St. Ste. 1200
Wilmington, DE 19801-1058

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510


Opportunity Financial
130 E Randolph St., Ste. 3400
Chicago, IL 60601-6379

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Plain Green Loans
PO Box 270
Box Elder, MT 59521-0270


Progressive Insurance
6300 Wilson Mills Rd.
Cleveland, OH 44143-2182

Resurgent Capital Services
PO Box 10466
Greenville, SC 29603-0466

Amy M. Salberg
Salberg Tuffnell Law, S.C.
18 E. Washington St., Suite 101
West Bend, WI 53095-2517


(p)SECURITY FINANCE CENTRAL BANKRUPTCY
P O BOX 1893
SPARTANBURG SC 29304-1893

Security Finance Corporation
P.O. Box 1893
Spartanburg, SC 29304-1893

Speedy Cash
PO Box 780408
Wichita, KS 67278-0408


SpeedyRapid Cash
P.O. Box 780408
Wichita, KS 67278-0408

Susan Schuelke
PO Box 259
Dale, WI 54931-0259

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


TD Bank USA / Target Credit
PO Box 1470
MCD-0450
Minneapolis, MN 55440-1470

The Huntington National Bank
PO Box 89424
Cleveland, OH 44101-6424

United States Attorney's Office
517 E. Wisconsin Ave.
Room 530
Milwaukee, WI 53202-4509


Timothy G VanDreel
1301 Alice Dr. Apt. B
Green Bay, WI 54304-4287

Vice President Eric Dewey
CNAC
12802 Hamilton Crossing Blvd.
Carmel, IN 46032-5424

Wisconsin Department Of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901


Wisconsin Dept. Of Revenue
Special Procedures Unit
P.O. Box 8902
Madison, WI 53708-8902

Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


6233 Paradise Road LLC
Cash Factory USA
101 Convention Center Dr.
Ste 700
Las Vegas, NV 89109

(d)Cash Factory USA
101 Convention Center Dr. #700
Las Vegas, NV 89109

CoVantage Credit Union
723 Sixth Ave.
Antigo, WI 54409

Jefferson Capital Systems
16 Mcleland Rd.
Saint Cloud, MN 56303

Security Finance
2685 W. Mason St. Ste. A
Green Bay, WI 54303

End of Label Matrix
Mailable recipients    52
Bypassed recipients     0
Total                  52