UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

Timothy VanDreel,  Case No. 20-22440

Debtors.

## NOTICE OF DISMISSAL OF CHAPTER 13 BANKRUPTCY

The debtor, Timothy VanDreel, by his attorney, John A. Foscato, pursuant to 11 U.S.C. §1307(b) hereby elect to dismiss the above-captioned chapter 13 case. The debtor is entitled to dismiss his case because:

1. This case, filed individually on 3/26/20, is a case under chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under section 706, 1112 or 1208 of the Bankruptcy Code.

3. Pursuant to 11 U.S.C. §1307(b) and under the cited circumstances the court shall dismiss the case under this chapter.

Date: 7-8-22    By: _Timothy VanDreel_
                    Timothy VanDreel

Attorney John Foscato
P.O. Box 11062
Green Bay, WI 54307-1062
(920)432-8801
(920)432-8859 fax